

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

November 7, 2019

**BY ECF**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  11-8-2019
```

Re: *United States v. Winston Anthony Rose*, 19 Cr. 580 (LTS)

Dear Judge Swain:

On September 5, 2019, the parties appeared before the Court for an initial conference. At that time, the Court directed the parties to submit a status report on November 7, 2019 and set a subsequent status conference for December 5, 2019. The Government is in the process of producing discovery materials, and the parties are engaged in discussions concerning a possible disposition of this matter. On November 4, 2019, the Court appointed Meredith Heller, Esq., as defense counsel in light of a conflict in the defendant's prior representation. In light of these ongoing matters and the recent appointment of new counsel, the parties respectfully request that the December 5, 2019 status conference be adjourned for approximately forty-five days. The Government also requests, with the consent of defense counsel, that time be excluded under the Speedy Trial Act in order to allow for the production and review of discovery and for discussions concerning a possible disposition to continue. *See* 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____s/_____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 1/9/20 at 3:00pm IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 1/9/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

/s/ LAURA TAYLOR SWAIN, USDJ   11/7/19

cc: Meredith Heller, Esq. (by ECF)