

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 1-9-2020

January 8, 2020

**BY ECF AND FAX**

The Honorable Laura Taylor Swain
United States District Court
Southern District of New York         **MEMO ENDORSED**
500 Pearl Street
New York, NY 10007

Re: *United States v. Winston Anthony Rose*, 19 Cr. 580 (LTS)

Dear Judge Swain:

A status conference in the above-captioned case is currently scheduled for tomorrow, January 9, 2020. The parties are in advanced plea discussions and jointly request that the conference be adjourned for approximately thirty days. The Government also requests, with the consent of defense counsel, that time be excluded under the Speedy Trial Act to allow for continued discussions concerning a possible disposition of this matter. *See* 18 U.S.C. 3161(h)(7)(A).

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____s/_____
Daniel G. Nessim
Assistant United States Attorney
(212) 637-2486

THE APPLICATION IS GRANTED. THE CONFERENCE IS adjourned to 2/10/20 AT 10:00 AM IN COURTROOM 17C. THE COURT FINDS PURSUANT TO 18 U.S.C. §3161(H)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH 2/10/20 OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE. SO ORDERED.

/s/ 1/9/20
LAURA TAYLOR SWAIN, USDJ

cc: Meredith Heller, Esq. (by ECF)