UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                     No. 19CR580-LTS

WINSTON ROSE,

        Defendant(s).
-------------------------------------------------------------X

## ORDER

The sentencing scheduled for June 20, 2020, is rescheduled to **June 19, 2020 at 11:00 a.m.** in Courtroom 17C.

Dated: New York, New York
         February 14, 2020

                                                        /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge