UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                    ORDER

          - v. -                            19 Cr. 580 (LTS)

WINSTON ANTHONY ROSE,

          Defendant.

- - - - - - - - - - - - - - - - - X


          WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on February 10, 2020;

          WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

          WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:  New York, New York
         July 28  , 2020

SO ORDERED:

  /s/ Laura Taylor Swain
_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK