**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

August 26, 2020

<u>VIA ECF</u>
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

RE:   *United States v. Winston Anthony Rose*
      **19-cr-580 (LTS)**

Dear Judge Swain,

     This letter is submitted on behalf of my client Winston Anthony Rose. Mr. Rose's sentencing is currently scheduled for September 10, 2020. I respectfully request that his sentence be adjourned until the Court resumes in-person appearances. I make this request because Mr. Rose has not yet appeared before your Honor – his previous appearances were waived and his plea was entered before Magistrate Judge Robert W. Lehrburger. The government, by A.U.S.A. Daniel G. Nessim, does not oppose this request.

Respectfully Submitted,

*Meredith Heller*

Meredith S. Heller

Cc:  A.U.S.A. Daniel G. Nessim (via ECF)

The sentencing is adjourned to October 1, 2020, at 11:30 a.m. in Courtroom 17C. The parties' attention is directed to the attached information regarding Courthouse COVID-19 protocols.
SO ORDERED.
9/8/2020
/s/ Laura Taylor Swain, USDJ

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.