**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

September 30, 2020

<u>**VIA ECF**</u>

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   *United States v. Winston Anthony Rose*
          19-cr-580 (LTS)

Dear Judge Swain,

      This letter is submitted on behalf of my client Winston Anthony Rose. Mr. Rose's sentencing is currently scheduled for October 1, 2020. I respectfully request that his sentence be adjourned because Mr. Rose would be travelling from Texas and has not been able to properly quarantine before entering the courthouse. I request an adjournment for 30 days in order to determine whether it would be best to arrange for Mr. Rose to quarantine in New York prior to his sentencing or to appear by video conference. The government, by A.U.S.A. Daniel G. Nessim, does not oppose this request.

Respectfully Submitted,

*[signature]*

Meredith S. Heller

Cc:  A.U.S.A. Daniel G. Nessim (via ECF)

The request is granted.  The sentencing is adjourned to November 12, 2020, at 12:00 p.m. as a control date.
DE# 38 resolved.
SO ORDERED.
9/30/2020
/s/ Laura Taylor Swain, USDJ