**Law Office of Meredith S. Heller PLLC**
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

November 9, 2020

**VIA ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   *United States v. Winston Anthony Rose*
      **19-cr-580 (LTS)**

Dear Judge Swain,

    This letter is submitted on behalf of my client Winston Anthony Rose. The Court had set a control date for Mr. Rose's sentencing for November 12, 2020 to determine whether Mr. Rose would proceed in person or remotely. Since Mr. Rose has not yet appeared before your Honor, he would like to appear in-person. Mr. Rose will be able to travel to New York from a job in Connecticut the week of December 14, 2020, to be sentenced in person. Per communication with Chambers, the afternoon of December 17, 2020 is available. Therefore, it is respectfully requested that Mr. Rose's sentence be held in person on December 17, 2020. The government, by A.U.S.A. Daniel G. Nessim, does not oppose this request.

Respectfully Submitted,

*/s/ Meredith Heller*

Meredith S. Heller

Cc:  A.U.S.A. Daniel G. Nessim (via ECF)

The sentencing will be held on December 17, 2020, at 2:30 p.m. in Courtroom 17C, 500 Pearl Street. The parties must make their sentencing submissions in accordance with the undersigned's sentencing submission procedures, which are posted on the Court's website. DE#41 resolved.
SO ORDERED.
11/10/2020
/s/ Laura Taylor Swain, USDJ