Law Office of Meredith S. Heller PLLC
www.mshellerlaw.com

99 Park Avenue, Penthouse Suite
New York, NY 10016
Phone: (646) 661-1808
Fax: (646) 661-1746
msheller@mshellerlaw.com

January 12, 2021

**VIA ECF**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

RE:   *United States v. Winston Anthony Rose*
      **19-cr-580 (LTS)**

Dear Judge Swain,

    This letter is submitted on behalf of my client Winston Anthony Rose.  Per communication with both Chambers and the government at the end of last week, it is respectfully requested that Mr. Rose's sentencing, currently scheduled for Tuesday, January 19th, be adjourned for 60 days, until March 22, 2021.  Since Mr. Rose has not yet appeared before your Honor, he would like to appear in-person.  The government, by A.U.S.A. Daniel G. Nessim, does not oppose this request.

Respectfully Submitted,

*Meredith Heller*

Meredith S. Heller

Cc:  A.U.S.A. Daniel G. Nessim (via ECF)

The request is granted.  The sentencing is adjourned to March 23, 2021, at 2:00 p.m. in Courtroom 17C.
DE# 45 resolved.
SO ORDERED.
1/13/2021
/s/ Laura Taylor Swain, USDJ